ROBERT J. DRABANT, ESQ. (SBN 84349)
LAW OFFICE OF ROBERT J. DRABANT
1420 River Park Drive, #230
Sacramento, California  95815
Telephone:  (916) 925-5800
Facsimile:  (916) 925-8915

Attorney for Defendants
GIBB GIANANDREA, JANET GIANANDREA,
and GIANANDREA INSURANCE AGENCY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WOYCHESHIN, | Case #:  2:06-CV-0621-MCE-EFB |
| Plaintiff, | |
| v. | NOTICE OF SETTLEMENT and REQUEST FOR DISMISSAL WITH PREJUDICE |
| GIBB GIANANDREA, JANET GIANANDREA, GIANANDREA INSURANCE AGENCY, LLC, and DOES 1-25, inclusive, | |
| Defendants. | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

    The parties have reached a settlement agreement of this action in its entirety.  Accordingly, it is requested that the case be dismissed with prejudice as to all defendants.


DATED:  October 23, 2006        /S/ Jennifer Woycheshin
                                JENNIFER WOYCHESHIN
                                In Propria Persona

/////

/////

NOTICE OF SETTLEMENT and REQUEST FOR DISMISSAL - 1

DATED:   October 24, 2006          LAW OFFICE OF ROBERT J. DRABANT


                                    /s/ Robert J. Drabant
                                    ROBERT J. DRABANT
                                    Attorney for Defendants
                                    GIBB GIANANDREA, JANET GIANANDREA,
                                    and GIANANDREA INSURANCE AGENCY,
                                    LLC

**ORDER**

The court, having reviewed the foregoing Notice of Settlement and Request for Dismissal With Prejudice hereby orders as follows:

The case is dismissed in its entirety as against all defendants.

IT IS SO ORDERED.

DATED: November 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE